**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE STRONGHOLD DIGITAL MINING, INC.
STOCKHOLDER DERIVATIVE LITIGATION

**23 Civ. 7840 (RA) (GS) (Lead Case**);
**23 Civ. 8174 (RA) (Member Case)**

------------------------------------------------------------------X

GLENN BRUNO, derivatively on behalf of
STRONGHOLD DIGITAL MINING, INC.,

**ORDER**

Plaintiff,

-against-

**24 Civ. No. 798 (RA) (GS)**

GREGORY A. BEARD, WILLIAM B.
SPENCE, RICARDO R.A. LARROUDE,
SARAH P. JAMES, THOMAS J. PACCHIA,
MATTHEW J. SMITH, AND THOMAS R.
TROWBRIDGE, IV.,

**ORDER**

Defendants,
-and-
STRONGHOLD DIGITAL MINING, INC.,
Nominal Defendant.

------------------------------------------------------------------X

JEFF PARKER AND TIAN YANG, derivatively on
behalf of STRONGHOLD DIGITAL MINING,
INC.,

**23 Civ. No. 10028 (RA) (GS)**

Plaintiff,
-against-

**ORDER**

GREGORY A. BEARD, WILLIAM B. SPENCE,
RICARDO R.A. LARROUDE, SARAH P. JAMES,
THOMAS J. PACCHIA, MATTHEW J. SMITH,
AND THOMAS R. TROWBRIDGE, IV.,

Defendants,
-and-

STRONGHOLD DIGITAL MINING, INC.,

Nominal Defendant.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    In light of Judge Abrams' December 16, 2024 Order Granting Preliminary Approval of

Class Action Settlement in the related securities class action, *Winter v. Stronghold Digital*

*Mining, Inc.*, No. 22 Civ. 3088 (RA) (GS), Dkt. No. 125, the parties are directed to meet and

confer and provide a proposed scheduling order governing further proceedings in this

Consolidated Action, including the date by which Defendants must answer, move, or otherwise

plead, and the date for a case management conference.  The proposed order is due no later than

Wednesday, January 22, 2025.

      **SO ORDERED.**

DATED:    New York, New York
            January 7, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge