**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE STRONGHOLD DIGITAL MINING, INC.
STOCKHOLDER DERIVATIVE LITIGATION
------------------------------------------------------------X
GLENN BRUNO, derivatively on behalf of
STRONGHOLD DIGITAL MINING, INC.,

          Plaintiffs,

-against-

GREGORY A. BEARD, WILLIAM B. SPENCE,
RICARDO R.A. LARROUDE, SARAH P. JAMES,
THOMAS J. PACCHIA, MATTHEW J. SMITH, AND
THOMAS R. TROWBRIDGE, IV.,

          Defendants,

-and-

STRONGHOLD DIGITAL MINING, INC.,

          Nominal Defendant.
------------------------------------------------------------X
JEFF PARKER AND TIAN YANG, derivatively
on behalf of STRONGHOLD DIGITAL MINING, INC.,

          Plaintiff,

-against-

GREGORY A. BEARD, WILLIAM B. SPENCE,
RICARDO R.A. LARROUDE, SARAH P. JAMES,
THOMAS J. PACCHIA, MATTHEW J. SMITH, AND
THOMAS R. TROWBRIDGE, IV.,

          Defendants,

-and-

STRONGHOLD DIGITAL MINING, INC.,

          Nominal Defendant.
------------------------------------------------------------X

23 Civ. 7840 (RA) (GS) (Lead Case); 23 Civ. 8174 (RA) (Member Case)

**ORDER**

24 Civ. No. 798 (RA) (GS)

**ORDER**

23 Civ. No. 10028 (RA) (GS)

**ORDER**

1

**WHEREAS**, defendants Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, Thomas R. Trowbridge, IV (the "Stronghold Defendants"), Ricardo R.A. Larroude, and nominal defendant Stronghold Digital Mining, Inc. (collectively, the "Defendants") assert that plaintiffs Glenn Bruno, derivatively on behalf of Stronghold Digital Mining, Inc., and Jeff Parker and Tian Yang, derivatively on behalf of Stronghold Digital Mining, Inc. (the "Plaintiffs") will no longer possess standing to pursue the claims they asserted against Defendants in the above-referenced action (the "Consolidated Action") upon the closing of the merger between Stronghold Digital Mining, Inc. and Bitfarms Ltd. (the "Merger"), which Stronghold Defendants anticipate will close during the first quarter of 2025;

**WHEREAS**, the Plaintiffs assert that they will possess standing to pursue double derivative claims that they currently assert derivatively in the Consolidated Action upon the closing of the Merger in the event that the Merger closes;

**NOW, THEREFORE**, pursuant to the Order of United States Magistrate Judge Gary Stein entered on January 7, 2025 (Dkt. 124), Plaintiffs and Defendants respectfully submit this Proposed Scheduling Order:

1. Counsel for the Plaintiffs and counsel for the Stronghold Defendants met and conferred via telephone conference on January 17, 2025.

2. The Consolidated Action shall be stayed until the earlier of the following two dates: April 30, 2025, or the date if and upon which the Merger is cancelled.

(*Signatures on Following Page*)

Dated: January 24, 2025
      New York, New York

/s/ *Timothy W. Brown*___
Timothy W. Brown
The Brown Law Firm, P.C.
767 Third Avenue
Suite 2501
New York, NY 10017
Tel: 516-922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs in
the Consolidated Action*

/s/ *Joshua M. Lifshitz*___
Joshua M. Lifshitz
Lifshitz Law PLLC
1190 Broadway
Hewlett, NY 11557
Tel: 516-493-9780
Email: jlifshitz@lifshitzlaw.com

*Co-Lead Counsel for Plaintiffs in the
Consolidated Action*

*/s/ Sandra Dawn Grannum*
Sandra Dawn Grannum
Christian J. Clark
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Fl.
New York, New York, 10036
Email: sandra.grannum@faegredrinker.com
Email: christian.clark@faegredrinker.com

*Counsel for Defendant
Ricardo R. A. Larroude*

*/s/ Clifford Thau*_____
Clifford Thau
Amanda Grannis
Tannenbaum Helpern Syracuse
& Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Tel: 212-508-6700
Email: cthau@thsh.com

*Counsel for Stronghold Digital Mining,
Inc., Gregory A. Beard, William B. Spence,
Sarah P. James, Thomas J. Pacchia,
Matthew J. Smith, and Thomas R.
Trowbridge, IV*

Dated: January 27, 2025
      New York, New York

**SO ORDERED.**

_____
GARY STEIN
United States Magistrate Judge

3