UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE STRONGHOLD DIGITAL MINING, INC.     **23 Civ. 7840 (RA) (GS) (Lead Case**);
STOCKHOLDER DERIVATIVE LITIGATION     **23 Civ. 8174 (RA) (Member Case)**
------------------------------------------------------------------X

GLENN BRUNO, derivatively on behalf of
STRONGHOLD DIGITAL MINING, INC.,     **ORDER**

                          Plaintiff,

               -against-     **24 Civ. No. 798 (RA) (GS)**

GREGORY A. BEARD, WILLIAM B.     **ORDER**
SPENCE, RICARDO R.A. LARROUDE,
SARAH P. JAMES, THOMAS J. PACCHIA,
MATTHEW J. SMITH, AND THOMAS R.
TROWBRIDGE, IV.,

               Defendants,
               -and-
STRONGHOLD DIGITAL MINING, INC.,
                  Nominal Defendant.
------------------------------------------------------------------X
JEFF PARKER AND TIAN YANG, derivatively on
behalf of STRONGHOLD DIGITAL MINING,
INC.,     **23 Civ. No. 10028 (RA) (GS)**

                Plaintiff,
               -against-     **ORDER**
GREGORY A. BEARD, WILLIAM B. SPENCE,
RICARDO R.A. LARROUDE, SARAH P. JAMES,
THOMAS J. PACCHIA, MATTHEW J. SMITH,
AND THOMAS R. TROWBRIDGE, IV.,

               Defendants,
               -and-

STRONGHOLD DIGITAL MINING, INC.,

                Nominal Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On January 27, 2025, the Court granted the parties' motion to stay the Consolidated

Action until April 30, 2025, or, if earlier, "the date if and upon which the Merger is cancelled."

(Dkt. No. 36). As the parties have not informed the Court that the Merger was cancelled and April 30, 2025 has now passed, the parties are directed to meet and confer and provide a joint letter to the Court setting forth their view (if they are not in agreement, their respective views) as to how this case should proceed, including a proposed date by which Defendants must answer, move, or otherwise respond to the operative complaint. The joint letter is due no later than **Tuesday, May 13, 2025**.

    **SO ORDERED.**

DATED:   New York, New York
             May 6, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2